

# Fourth Court of Appeals
## San Antonio, Texas

July 15, 2016

No. 04-16-00359-CV

**PRIORITY TOWING, INC.**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 229th Judicial District Court, Jim Hogg County, Texas
Trial Court No. CC-13-58
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

On January 4, 2016, the trial court signed an order granting the State's motion for summary judgment. The order states, "This judgment is final and disposes of all claims and all parties and is final and appealable." Accordingly, the judgment is appealable. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 206 (Tex. 2001). On June 8, 2016, appellant filed a notice of restricted appeal and a motion for extension of time to file the notice of restricted appeal. In a restricted appeal, the notice of appeal must be filed within six months after the judgment or order is signed. TEX. R. APP. P. 26.1(c). Accordingly, appellant's notice of appeal was due to be filed no later than July 4, 2016. Because appellant's notice of appeal was timely filed, appellant's motion for extension of time is MOOT.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court